Argued September 6, affirmed October 9, 1963

STATE OF OREGON v. HAYNES

385 P. 2d 622

*Thomas J. Curran,* Portland, argued the cause and filed a brief for appellant.

*George E. Juba,* Deputy District Attorney, Portland, argued the cause for respondent. On the brief were George Van Hoomissen, District Attorney, Portland, and David Robinson, Jr., Chief Deputy, Criminal Department, Portland.

Before McAllister, Chief Justice, and Rossman, Sloan, Goodwin and Lusk, Justices.

PER CURIAM.

Defendant moved the trial court to dismiss the indictment. He charged that he was not brought to trial

within a reasonable time. The court refused to dismiss and defendant appeals.

The case does not warrant a recital of the proceedings in the trial court. The record presents an attempt by defendant to utilize every technicality available to him to cause delay. Defendant was brought to trial within a reasonable time, ORS 134.120. The appeal is without merit.

Affirmed.